UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                                         No. 21CR157-LTS

DEVIN PARSONS,

                Defendant.

-------------------------------------------------------------X

## ORDER

      Richard B. Lind, Esq., is relieved as CJA counsel for the defendant. Amanda Kramer, Esq. and Arlo Devin-Brown, Esq., are now appointed as CJA counsel for the defendant in the above-captioned matter.

      SO ORDERED.

Dated: New York, New York
       October 12, 2021

                                                         /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge