UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                        No.  21-CR-157-LTS

DEVIN PARSONS,                                ORDER

       Defendant.

---------------------------------------------------------x

The change of plea  hearing in this case is scheduled to proceed on **November 4, 2021**, at **10:00a.m.** in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.


SO ORDERED.

Dated: New York, New York             _/s/ Laura Taylor Swain_____
      November 2, 2021               LAURA TAYLOR SWAIN
                                   Chief United States District Judge