**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Amanda Kramer

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1223
akramer@cov.com

February 3, 2022

By ECF

The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   United States v. Devin Parsons,
      21 Cr. 157 (LTS)

Dear Judge Swain:

We respectfully write to request that the Court reschedule the sentencing of Devin Parsons, which was recently adjourned to April 13, 2022, and related interim deadlines. The rescheduling is necessary because Mr. Parsons' lead counsel will be in an out-of-state mediation all day on April 13. The Government consents to this request. The parties are available on April 15 and April 22, should those dates be amenable to the Court.

Respectfully submitted,

Amanda Kramer

cc:   AUSA Christopher Clore
      U.S. Probation Officer Simone Belgrave

The foregoing adjournment request is granted. The sentencing hearing is hereby rescheduled for April 22, 2022, at 10:30am. Dkt. no. 34 resolved.
SO ORDERED.
2/3/2022
/s/ Laura Taylor Swain, Chief USDJ