UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES,

   -v-                                No. 10-CR-989-LTS
                                     No. 21-CR-157-LTS

DEVIN PARSONS,

      Defendant.

---------------------------------------------------------x

ORDER

The Court has accepted assignment of case no. 10-cr-989, United States v. Parsons, in which violation of supervised release specifications are pending.  Counsel in case no. 10-cr-989 and case no. 21-cr-157 are hereby directed to meet and confer and file a joint status report, by **April 11, 2022**, as to how they would propose to proceed with sentencing in the 21-cr-157 matter and the resolution of the violation of supervised release specifications.

      SO ORDERED.

Dated: New York, New York
       April 6, 2022

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge