**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Amanda Kramer

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1223
akramer@cov.com

April 19, 2022

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   United States v. Devin Parsons,
      21 Cr. 157 (LTS)

Dear Judge Swain:

We write to respectfully request a one-day extension to submit a reply in response to the Government's sentencing submission, currently due today April 19, 2022. The extension is necessary to allow us to obtain from the Government certain information relevant to our reply submission.

The Government consents to the requested extension.

Respectfully submitted,

Amanda Kramer

cc:   AUSA Christopher Clore

The foregoing extension request is granted. Dkt. No. 40 resolved.
SO ORDERED.
4/19/2022
/s/ Laura Taylor Swain, Chief USDJ