UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No. 10-CR-989-LTS
                                                                        No. 21-CR-157-LTS

DEVIN PARSONS,                                                                  ORDER

             Defendant.

---------------------------------------------------------x

        The violation of supervised release and sentencing hearing in this case, originally scheduled to proceed on April 22, 2022, at 10:30a.m., is hereby adjourned. The Court will issue a forthcoming scheduling order with the information for the rescheduled hearing.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       April 21, 2022                              LAURA TAYLOR SWAIN
                                                      Chief United States District Judge