UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-

                                                                             No. 21-CR-157-LTS

DEVIN PARSONS,                                                 ORDER

        Defendant.

-------------------------------------------------------x

        The violation of supervised release hearing in the above-captioned case is scheduled to proceed on **December 8, 2023, at 3:00 p.m.** in Courtroom 17C.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                     /s/ Laura Taylor Swain
       November 15, 2023                    LAURA TAYLOR SWAIN
                                             Chief United States District Judge