

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

November 28, 2022

**MEMO ENDORSED**

**Via ECF**
Honorable Laura Taylor Swain
United States District Judge, Chief Judge
500 Pearl Street
New York, New York 10007-1312

        Re:   *United States v. Parsons*
                Ind. # 21 Cr. 157 (LTS) (VOSR)

Dear Chief Judge Swain:

    I represent Mr. Parsons on his VOSR that is pending before Your Honor. Presently, the Court has scheduled a conference for December 8, 2023, but I will be unavailable. I respectfully request that the Court reschedule Mr. Parson's matter to December 14, 2023, at 10:30am.

    The Government has no objection to my request.

    Thank you for your consideration.

                Very Truly Yours,

                SULLIVAN|BRILL, LLP
                Attorneys for Mr. Parsons

                By: Steven Brill

The foregoing request is granted. The Court hereby schedules the next VOSR hearing in this matter for December 14, 2023, at 10:30 a.m. DE no. 67 resolved.
SO ORDERED.
11/29/2023
/s/ Laura Taylor Swain, Chief USDJ