

January 3, 2024

**<u>Via ECF</u>**　　　　　　　　　　　　　　　　**MEMO ENDORSED**
Honorable Laura Taylor Swain
United States District Judge, Chief Judge
500 Pearl Street
New York, New York 10007-1312

　　　　　　　　　Re:　*United States v. Parsons*
　　　　　　　　　　　Ind. # 21 Cr. 157 (LTS) (VOSR)

Dear Chief Judge Swain:

　　I represent Mr. Parsons on his VOSR that is pending before Your Honor. Presently, the Court has scheduled a conference for January 18, 2024. I respectfully request that the Court reschedule Mr. Parson's matter to January 29, 2024, in the morning.

　　The Government has no objection to my request.

　　Thank you for your consideration.

　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　SULLIVAN|BRILL, LLP
　　　　　　　　　　　　　　　　Attorneys for Mr. Parsons

　　　　　　　　　　　　　　　　By: Steven Brill

The foregoing request is granted.  A VOSR hearing is hereby scheduled in this case for January 29, 2024, at 11:45 a.m. DE no. 69 resolved.
SO ORDERED.
1/3/2024
/s/ Laura Taylor Swain, Chief USDJ