

January 26, 2024

**MEMO ENDORSED**

**Via ECF**
Honorable Laura Taylor Swain
United States District Judge, Chief Judge
500 Pearl Street
New York, New York 10007-1312

        Re:    *United States v. Parsons*
                  Ind. # 21 Cr. 157 (LTS) (VOSR)

Dear Chief Judge Swain:

      I represent Mr. Parsons on his VOSR that is pending before Your Honor. Presently, the Court has scheduled a conference for January 29, 2024. With the government's consent, I respectfully request that the Court reschedule Mr. Parson's matter to February 22, 2024, at 11:30am.

      Thank you for your consideration.

                                      Very Truly Yours,

                                      SULLIVAN|BRILL, LLP
                                      Attorneys for Mr. Parsons

                                      By: Steven Brill

The foregoing request is granted. A VOSR hearing is hereby scheduled in this matter for February 22, 2024, at 11:30 a.m.
SO ORDERED.
1/26/2024
/s/ Laura Taylor Swain, Chief USDJ